**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01347-CR

### SANTOS ADRIAN ARMIJO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F-1354294-J**

## ORDER

The Court **GRANTS** appellant's September 26, 2013 motion to extend time to file his notice of appeal. The notice of appeal filed on September 25, 2013 is considered timely for jurisdictional purposes. *See* TEX. R. APP. P. 26.3.

/s/    LANA MYERS
        JUSTICE